MW

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alamgir Hossain Jabed, | No. CV-19-05664-PHX-SPL (MTM) |
| Petitioner, | |
| v. | **ORDER** |
| Chuck Keeton, et al., | |
| Respondents. | |

Petitioner Alamgir Hossain Jabed has filed, through counsel, a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and a Motion for Preliminary Injunction (Doc. 2), challenging an age determination made by the Office of Refugee Resettlement and United States Immigration and Customs Enforcement ("ICE").

On June 1, 2020, Respondents filed a Suggestion of Mootness (Doc. 29), asserting that because Petitioner has been granted asylum by an immigration judge and released from detention, his claims are moot, and this case should be dismissed.  In response, Petitioner states that this case is not moot because "unless this Court rules that ICE's age determination was invalid and made in violation of law, [Petitioner's future] applications for both permanent residency and U.S. citizenship could be denied if the adjudicator agrees with ICE's age determination and believes that [Petitioner's] correct birth certificate or passport is false, or that Petitioner 'misrepresented' his age as a minor when he insisted that ICE's age determination was incorrect." (Doc. 30 at 4.)

Respondents will be required to file a reply to Petitioner's Response.  Prior to doing

so, Respondents will be required to confer with Petitioner's counsel to determine whether, in the interests of avoiding further litigation, a stipulation can be reached regarding Petitioner's age determination as it relates to any future immigration applications.

**IT IS ORDERED:**

(1)   The parties shall have **10 days** from the date this Order is filed to meet and confer (electronically, telephonically, or in-person) as set forth above and to file a joint status report.

(2)   Respondents shall have **5 days** from the date the parties meet and confer to file a reply to Petitioner's Response (Doc. 30).

Dated this 8th day of June, 2020.

Honorable Steven P. Logan
United States District Judge